UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-22158-CIV-UNGARO

SEAN C. BLACK,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Petitioner's *pro se* Petition for Evidentiary Hearing, which the Court construes as a Motion to Vacate, Set Aside, or Amend Sentence pursuant to 28 U.S.C. §2255, filed June 21, 2010.  (D.E. 1.)  In his Petition, Petitioner attacks his conviction and sentence in criminal case no. 95-583-CR-UNGARO, for which he pled guilty on June 7, 1996.  Petitioner alleges that trial counsel was ineffective for his failure to file a direct appeal of his conviction, as per Petitioner's request.  (D.E. 1.)

The matter was referred to Magistrate Judge Patrick A. White, who, on July 9, 2010, issued a Report recommending that Petitioner's case be dismissed because the Petition is successive and Petitioner failed to apply to the United States Eleventh Circuit Court of Appeals for authorization to file his successive motion, as required under 28 U.S.C. § 2244.  (D.E. 4.)  Accordingly, no evidentiary hearing is required on the matter.  The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; however, none were filed.

Having conducted a *de novo* review of the record as a whole and being otherwise fully advised in the premises, it is hereby,

1

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 4) is RATIFIED, AFFIRMED AND ADOPTED.  The Petition to Vacate Sentence (D.E. 1) is DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of July, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Sean C. Black, *pro se*
Counsel of record